**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

OSEI A. HARPER,
613 E. 9th Avenue
Havana, Florida 32333,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE NAVY;
HUNG CAO, in his official capacity as Acting Secretary of the Navy,

Defendants.

Civil Action No. 4:26-cv-00395-AW-MAF

(Administrative Procedure Act Review)

No Jury Demand — Review on the Administrative Record

---

## NOTICE OF FILING AND RECEIPT FOR DOCUMENTS SUBMITTED FOR FILING

Plaintiff Osei A. Harper, appearing pro se, submits the following documents for filing in the above-captioned action on the date indicated below. Plaintiff respectfully requests that the Clerk apply the Clerk's date-stamp in the space provided and return this page to Plaintiff as his record of filing.

**Documents submitted for filing:**

1. First Amended Complaint for Declaratory and Injunctive Relief
2. Exhibit 1 — BCNR Dispositive Decision (Feb. 26, 2026)
3. Exhibit 2 — DD Form 214 (Sept. 21, 1992) (redacted)
4. Exhibit 3 — Advisory Opinion (transmitted Jan. 6, 2026) with Plaintiff's rebuttal (Jan. 9, 2026)
5. Exhibit 4 — Transmittal Ledger (Navy / BCNR transmissions)
6. Exhibit 5 — Comparative Record Matrix v2
7. Exhibit 6 — Restriction Order and Schedule (May 4, 1992)
8. Exhibit 7 — Voluntary Statement, OPNAV 5527/2 (Aug. 28, 1992)
9. Exhibit 8 — Performance Evaluations (Jan. 31, 1992 and May 4, 1992)
10. Exhibit 9 — Command Counseling Entry, NAVPERS 1070/613 (Nov. 29, 1991) (redacted)
11. Exhibit 10 — Declaration of Plaintiff under 28 U.S.C. § 1746

| |
|---|
| **CLERK OF COURT — RECEIVED FOR FILING**<br>*(Clerk's date-stamp below)* |

Respectfully submitted,

[signature]

Osei A. Harper, Plaintiff, pro se

FILED USDC FLND TL
AUG 20 '26 PM3:03