**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

OSEI A. HARPER,
Plaintiff,

Case No. 4:26-cv-00395-AW-MAF

v.

UNITED STATES DEPARTMENT OF THE NAVY, HUNG CAO, in his Official Capacity as Acting Secretary of the Navy,
Defendant.

---

## PLAINTIFF'S MOTION FOR CLARIFICATION OF THE SERVICE ORDER AND FOR SERVICE BY THE UNITED STATES MARSHALS SERVICE PURSUANT TO FED. R. CIV. P. 4(c)(3) AND 28 U.S.C. § 1915(d)

Plaintiff Osei A. Harper, proceeding pro se and in forma pauperis, respectfully moves the Court to clarify its Order of August 21, 2026 (ECF No. 6) and to direct that service of process be effected by the United States Marshals Service. In support, Plaintiff states:

1. On August 21, 2026, the Court granted Plaintiff leave to proceed in forma pauperis, finding good cause and excusing prepayment of the filing fee. ECF No. 6.

2. The same Order directs Plaintiff to accomplish service under Fed. R. Civ. P. 4(i) and requires that each service copy of the operative complaint be "identical to the

FILED USDC FLND TL
AUG 27 '26 PM2:52

complaint, ECF No. 5, as filed with this Court, including all attachments." ECF No. 6 at 3.

3. As filed, ECF No. 5 and its attachments comprise approximately 100 pages. Rule 4(i) requires service upon the named Defendant and service upon the United States, including transmission by registered or certified mail to the civil-process clerk of the United States Attorney's Office and the Attorney General of the United States. Compliance therefore requires reproduction of multiple complete copies of the operative complaint and attachments, together with the associated mailing and service expenses.

4. Plaintiff lacks the financial means to bear those reproduction and service expenses. The Court has already determined that Plaintiff qualifies to proceed in forma pauperis.

5. Fed. R. Civ. P. 4(c)(3) provides that, at the plaintiff's request, the Court "**must so order**" service by a United States marshal, deputy marshal, or specially appointed person when the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915. Section 1915(d) further provides that "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases." Plaintiff therefore respectfully requests an order directing service consistent with those provisions.

6. Plaintiff files this motion promptly following entry of the August 21, 2026 Order and well within the 90-day service period established by the Court, so that the service mechanism may be clarified without unnecessary delay.

7. Plaintiff stands ready to complete Form USM-285 or any other required service form for each recipient and to provide the summonses, addresses, forms, or copies presently within his possession that the Court, Clerk, or United States Marshals Service may require.

8. Because the operative complaint and its attachments are already filed electronically with the Court, Plaintiff further respectfully requests that, to the extent administratively available, the Clerk or United States Marshals Service be permitted to reproduce or obtain the necessary service copies from the Court's filed record. If another procedure is required to accomplish service without imposing costs Plaintiff is unable to pay, Plaintiff respectfully requests guidance from the Court.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

a. clarify that service may be effected pursuant to Fed. R. Civ. P. 4(c)(3) and 28 U.S.C. § 1915(d);

b. direct the United States Marshals Service, or another person specially appointed by the Court, to effect service of the summons and operative complaint in accordance with Fed. R. Civ. P. 4(i);

c. direct the Clerk or United States Marshals Service, to the extent authorized and administratively available, to reproduce or obtain from the Court's electronic record the copies necessary for service, or otherwise provide instructions permitting service to be accomplished without costs Plaintiff is financially unable to bear; and

d. grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: August 26th, 2026

Osei A. Harper
Plaintiff, pro se
613 E. 9th Avenue, Havana, Florida 32333
Oseis572@gmail.com, 347.804.1232