IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OSEI A. HARPER,
Plaintiff,

Case No. 4:26-cv-00395-AW-MAF

v.

UNITED STATES DEPARTMENT OF THE NAVY,
HUNG CAO, in his Official Capacity as Acting Secretary of the Navy,
Defendant.

/

**PLAINTIFF'S NOTICE OF COMPLIANCE AND RESPECTFUL REQUEST FOR ENTRY OF THE ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE**

In the spirit of cooperation with the Court's docket management, Plaintiff Osei A. Harper, proceeding pro se and in forma pauperis, respectfully submits this notice of his compliance with the Court's Order of August 31, 2026 (ECF No. 9), and respectfully requests that the further order directing service by the United States Marshals Service be entered as soon as practicable. In support, Plaintiff states:

1. Plaintiff is grateful for the consistent promptness with which the Court has attended to this case from its inception — screening the complaint, granting leave to proceed in forma pauperis, and resolving Plaintiff's service motion, each within a short span of days. Plaintiff offers this notice in that same spirit: not in criticism of any kind, but to assist the Court in maintaining the

FILED USDC FLND TL
SEP 17 '26 AM11:30

momentum it has established, now that every precondition to service within Plaintiff's control has been satisfied.

2. On August 31, 2026, the Court required Plaintiff to submit three service copies no later than September 21, 2026, and expressly warned that failure to do so could result in dismissal. ECF No. 9. Plaintiff satisfied that obligation on September 1, 2026 — twenty days before the deadline. ECF No. 10. The September 21 date therefore governed Plaintiff's compliance obligation. The Court's own Order separately provided that, "upon receipt," a subsequent Order would issue directing the remaining service process. Accordingly, the operative trigger for further court action occurred on September 1, 2026.

3. Plaintiff's early compliance preserved nearly the full practical benefit of the Court's revised timetable for the remaining court-directed service process. The docket further reflects that, on September 2, 2026, chambers were notified that further action was required.

4. Plaintiff raises the matter now solely to assist in keeping it moving, and to avoid any incidental prejudice that the mere passage of time might otherwise occasion — recognizing that, until service is perfected, the case cannot advance into its adversarial phase, and the parties cannot begin the work of narrowing or resolving their dispute.

5. Plaintiff has at all times acted in good faith and complied promptly with every service-related directive imposed by the Court, and now seeks only to facilitate completion of the service process as directed by the Court's own August 31 Order and triggered by Plaintiff's September 1 compliance.

6. Plaintiff remains ready to provide any further copies, forms, or information the Court, the Clerk, or the United States Marshals Service may require, and will continue to do whatever is asked of him to assist in the orderly progress of this matter.

**WHEREFORE**, in the spirit of cooperation with the Court's docket management, Plaintiff respectfully requests that the Court order the United States Marshals Service to perfect service as soon as practicable, by entering the further order reissuing the summons and directing service of the summons and operative complaint in accordance with Fed. R. Civ. P. 4(i); and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: September 17, 2026

Osei A. Harper, Plaintiff, pro se
613 E. 9th Avenue
Havana, Florida 32333
oseis572@gmail.com
347.804.1232

---

**PROCEDURAL NOTE REGARDING SERVICE AND ENCLOSURES**

No defendant has yet appeared in this action, and service of process has not been completed; accordingly, no certificate of service is required at this time. In the interest of the proper pursuance

of notice and justice, three copies of this filing are enclosed, executed in original form, together with the attached proposed Order to assist the Court in completing the service process directed by its August 31, 2026 Order.

______________________________
Osei A. Harper