**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

OSEI A. HARPER,
Plaintiff,

Case No. 4:26-cv-00395-AW-MAF

v.
UNITED STATES DEPARTMENT OF THE NAVY,
HUNG CAO, in his Official Capacity as Acting Secretary of the Navy,
Defendant.

/

**[PROPOSED] ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE**

This matter is before the Court on Plaintiff's Notice of Compliance and Respectful Request for Entry of the Order Directing Service by the United States Marshals Service. By its Order of August 31, 2026, the Court granted service by the United States Marshals Service under Fed. R. Civ. P. 4(i), directed Plaintiff to provide the Clerk of Court with three service copies of the operative complaint (ECF No. 5) no later than September 21, 2026, and provided that a further order would issue upon receipt of those copies. ECF No. 9. Plaintiff provided the required copies on September 1, 2026. ECF No. 10. Good cause appearing, it is

**ORDERED:**

1. The Clerk of Court shall reissue a summons as to Defendant Hung Cao, in his official capacity as Acting Secretary of the Navy, together with the copies necessary for service upon the United

FILED USDC FLND TL
SEP 17 '26 AM11:30 BC

States Attorney for the Northern District of Florida and the Attorney General of the United States.

2. The United States Marshals Service shall perfect service of the summons and the operative complaint (ECF No. 5), in accordance with Fed. R. Civ. P. 4(i), upon: (a) Hung Cao, in his official capacity as Acting Secretary of the Navy; (b) the United States Attorney for the Northern District of Florida; and (c) the Attorney General of the United States, using the service copies Plaintiff has provided to the Clerk of Court.

3. Service shall be effected as soon as practicable.

4. The time for service under Fed. R. Civ. P. 4(m) is extended as necessary to permit the United States Marshals Service to complete service.

DONE AND ORDERED on ______________________, 2026.

______________________________________
MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE