**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**OSEI A. HARPER,**

**Plaintiff,**

**V.** **Case No. 4:26cv395-AW-MAF**

**UNITED STATES DEPARTMENT OF THE NAVY, HUNG CAO, in his Official Capacity as Acting Secretary of the Navy,**

**Defendant.**

**_______________________________/**

# ORDER

On August 31, 2026, an Order was entered, ECF No. 9, directing the pro se Plaintiff to submit service copies of his first amended complaint, ECF No. 5. Plaintiff provided the service copies, ECF No. 10, and this Order directs the United States Marshals Service to carry out service of process as requested by Plaintiff. *See* ECF No. 8.

Because Plaintiff's request to have the Marshals Service serve his complaint was granted, ECF No. 9, there was no need for Plaintiff to file an

additional motion for service. ECF No. 11. That motion is denied as moot. *See* ECF No. 9.

Plaintiff then filed a 21-page motion for an order directing the contents of the administrative record. ECF No. 12. That motion is also denied. Although this Court is requiring Defendant to respond to Plaintiff's amended complaint, what Defendant submits as a response is up to the Defendant. Additionally, this case is separate and apart from Plaintiff's recently identified September 7, 2026, request for records pursuant to the Freedom of Information Act. *Id.* at 1-2. This motion - filed in an action challenging the February 26, 2026, decision of the Board for Correction of Naval Records - cannot be used as a substitute for compliance with that request or to challenge what was received.

Rule 4 of the Federal Rules of Civil Procedure provides: "At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915 or as a seaman under 28 U.S.C. §1916." Fed. R. Civ. P. 4(c)(3). Because Plaintiff was granted in forma pauperis status in this case, *see* ECF No. 6, Plaintiff's motion was granted,

ECF No. 9. Plaintiff has provided the three service copies, ECF No. 5, and this Order directs the United States Marshals Service to serve the amended complaint, ECF No. 5, on the Defendant pursuant to Rule 4(i).[1]

Accordingly, it is

**ORDERED:**

1. Plaintiff's notice of compliance and request for entry of an Order directing service, ECF No. 11, is **DENIED as moot**. *See* ECF No. 9.

2. Plaintiffs motion for an Order directing the contents of the administrative record, ECF No. 12, is **DENIED**.

3. The Clerk of Court shall reissue a summons for the Defendant, the Acting Secretary of the Navy Hung Cao,[2] and shall provide the summons along with two additional copies of the summons, sufficient copies of this Order, and Plaintiff's service copies of the amended complaint, ECF No. 10, to the United States Marshals Service [USMS].

---

[1] Plaintiff's title page of the complaint indicates there are two Defendants - the United States Department of the Navy and Hung Cao, in his official capacity as Acting Secretary of the Navy. ECF No. 5 at 1. Because suing a Defendant in his official capacity is the same as suing the Department, it is unnecessary to serve both the Department of the Navy and its Secretary; service on the Secretary is sufficient.

[2] It appears that Defendant Hung Cao may be served at the Office of the Secretary of the Navy, 1000 Navy Pentagon, Washington, DC 20350-1000.

4. Within 14 days of the date of this Order, the USMS shall serve the pro se Plaintiff's amended complaint, ECF No. 4, and the summons, on Defendant **Hung Cao** pursuant to Federal Rule of Civil Procedure 4(i).

5. The USMS shall also send a copy of the summons, amended complaint, and this Order to the United States Attorney for this District via registered or certified mail.[3]

6. The USMS must also send a copy of the summons, amended complaint, and this Order to Todd Blanche, the Attorney General of the United States, in Washington, D.C. via registered or certified mail.[4]

7. Pursuant to Federal Rule of Civil Procedure 12(a)(2), the United States Secretary of the Navy has 60 days in which to serve an answer or other response to Plaintiff's amended complaint, ECF No. 4.

8. Plaintiff must keep the Clerk of Court informed should there be any change to his mailing address. If mail from this Court cannot reach Plaintiff due to a change in address, this case may be dismissed.

---

[3] The address for the U.S. Attorney's Office for this District is: 111 N. Adams Street, 4th Floor, U.S. Courthouse, Tallahassee, FL 32301. If acceptable, the USMS may personally deliver the service documents rather than send them by mail since that office is located in the same building as the USMS.

[4] Attorney General Todd Blanche may be served at: 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001.

9. The Clerk of Court shall return this file upon receipt of an executed or unexecuted service return, the filing of an answer or other response, or no later than November 30, 2026.

**DONE AND ORDERED** on September 21, 2026.

**S/ Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**