IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OSEI A. HARPER,
Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE NAVY, HUNG CAO, in his Official Capacity as Acting Secretary of the Navy,
Defendant.

/

Case No. 4:26-cv-00395-AW-MAF

**[PROPOSED] ORDER GRANTING LEAVE TO FILE EXHIBIT 12 UNDER SEAL**

This matter is before the Court on Plaintiff's Motion for Leave to File Exhibit 12 Under Seal. Exhibit 12 to Plaintiff's Notice of Receipt of the Board for Correction of Naval Records' Case File for Docket No. NR20250008252 is the 247-page case-file production that BCNR describes as "the case file for NR20250008252," which contains Plaintiff's medical and personnel records and personal data identifiers. Having considered the motion, and good cause appearing under Local Rule 5.5(C) and Federal Rule of Civil Procedure 5.2(d), it is

**ORDERED:**

1. Plaintiff's Motion for Leave to File Exhibit 12 Under Seal is GRANTED.
2. The Clerk of Court shall file Exhibit 12 to Plaintiff's Notice of Receipt of the BCNR Case File under seal and shall maintain it under seal until further order of the Court.
3. Plaintiff is excused from filing a redacted public version of Exhibit 12 at this time. The Court may direct the filing of a redacted version at a later stage of the proceedings.
4. Nothing in this Order restricts the Defendant's access to Exhibit 12 or to the underlying records.

**DONE AND ORDERED** on this ____ day of _____________, 2026.

_______________________________
MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE