**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

OSEI A. HARPER,
Plaintiff,
v.
UNITED STATES DEPARTMENT OF THE NAVY, HUNG CAO, in his Official Capacity as Acting Secretary of the Navy,
Defendant.
/

Case No.
4:26-cv-00395-AW-MAF

# [PROPOSED] ORDER DIRECTING THE UNITED STATES MARSHALS SERVICE TO FILE A RETURN OF SERVICE

This matter is before the Court on Plaintiff's Notice Regarding the Expiration of the Service Period Set by the Court's Order of September 21, 2026 (ECF No. 13), and Respectful Request for a Return of Service. By its Order of September 21, 2026, the Court directed the United States Marshals Service to serve Plaintiff's amended complaint, ECF No. 5, and the summons on Defendant Hung Cao within fourteen days pursuant to Fed. R. Civ. P. 4(i), and to send copies of the summons, the amended complaint, and the Order to the United States Attorney for this District and to the Attorney General of the United States by registered or certified mail. ECF No.

13 ¶¶ 4–6. The summons was reissued the same day. ECF No. 14. The fourteen-day period has expired, and no return of service appears on the docket. Good cause appearing, it is

**ORDERED:**

1. The fourteen-day period for service set by paragraph 4 of the Court's Order of September 21, 2026, ECF No. 13, expired on October 5, 2026, and no return of service appears on the docket.
2. Within five (5) days of the date of this Order, the United States Marshals Service shall file a return of service, executed or unexecuted, as to Defendant Hung Cao, the United States Attorney for the Northern District of Florida, and the Attorney General of the United States. If service has not been completed as to any recipient, the return shall state the reason and shall set forth a date certain by which service will be completed.
3. If the United States Marshals Service fails to file the required return or statement within five (5) days, the Court will set a hearing concerning compliance with the Court's September 21, 2026 Order, at which the Marshals Service shall appear and account for its compliance or noncompliance with that Order.

4. Any delay in service to date is attributable to circumstances outside Plaintiff's control and constitutes good cause under Fed. R. Civ. P. 4(m). The time for service is extended to and including the date certain set forth in the Marshals Service's return under paragraph 2 of this Order, and in no event beyond November 30, 2026, absent further order of the Court.

5. The Clerk of Court shall provide a copy of this Order to the United States Marshals Service.

**DONE AND ORDERED** on this ____ day of ______________, 2026.

______________________________
MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE