**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**OSEI A. HARPER,**

**Plaintiff,**

**V. Case No. 4:26cv395-AW-MAF**

**UNITED STATES DEPARTMENT OF THE NAVY, HUNG CAO, in his Official Capacity as Acting Secretary of the Navy,**

**Defendant.**
**_______________________________/**

# ORDER

Plaintiff, proceeding pro se and in forma pauperis, has filed a motion requesting that the United States Marshals Service (USMS) be directed to show cause concerning the status of service of process, provide a sworn accounting of its service efforts, and that the Court find good cause to extend the time for service. ECF No. 18.

On September 21, 2026, the Court entered an Order directing the USMS to serve Plaintiff's amended complaint and summons on Defendant Hung Cao and provide the required service documents to the United States Attorney for this District and the Attorney General of the United States. ECF

Page 2 of 3

No. 13. The Order directed the USMS to complete service within fourteen days. *Id*. at 4. Plaintiff subsequently filed a notice advising that the fourteen-day period had expired and requesting a return of service. ECF No. 16.

The fourteen-day period expired on October 5, 2026. Service of process by the USMS generally requires approximately thirty to forty-five days to complete. The USMS has fourteen days to mail the service documents, and additional time is required for the documents to travel to the recipient, be received, and for the signed return of service to be mailed back. The absence of a return of service on the docket does not establish that service has not been attempted or completed. Moreover, the Court's September 21, 2026, Order directs the Clerk of Court to return this file upon receipt of an executed or unexecuted service return, the filing of an answer or other response, or no later than November 30, 2026. ECF No. 13 at 5. That date governs the return of the file to the Court and does not establish an additional deadline for completing service.

At this time, an Order directing the USMS to show cause or provide a sworn accounting of its service efforts is unnecessary. The Court will review the status of service upon return of the file and determine whether further action is warranted.

Accordingly, it is

**ORDERED:**

1. Plaintiff's motion for an order to show cause, sworn accounting of service, and extension of time, ECF No. 18, is **DENIED**.

2. The Clerk of Court shall return this file upon receipt of an executed or unexecuted service return, the filing of an answer or other response, or no later than November 30, 2026, as previously directed. ECF No. 13.

**DONE AND ORDERED** on October 16, 2026.

**S/ Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**