**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

OSEI A. HARPER,
Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE NAVY, HUNG CAO, in his Official Capacity as Acting Secretary of the Navy,
Defendant.
/

Case No. 4:26-cv-00395-AW-MAF

**ORDER ON PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S ORDER (ECF NO. 20)**

This matter is before the Court on Plaintiff's Objection to the Magistrate Judge's Order of October 16, 2026, ECF No. 20, filed under Federal Rule of Civil Procedure 72(a) and 28 U.S.C. § 636(b)(1)(A). The Court has reviewed the Objection, the Order, the Order of September 21, 2026, ECF No. 13, and the record. Having considered the matter, the Court finds that the Order's denial of Plaintiff's request for an extension of time under Rule 4(m) was entered without a finding on good cause, and that the status of service cannot be determined on the present record. Accordingly, it is

**ORDERED:**

RCV'D USDC FLND TL
OCT 20 '26 PM2:16

1. Plaintiff's Objection is SUSTAINED in part. Paragraph 1 of the Order of October 16, 2026, ECF No. 20, is SET ASIDE to the extent it denies Plaintiff's request for a finding of good cause and extension of time under Rule 4(m) and his request for an accounting of service.
2. Within seven (7) days of this Order, the United States Marshals Service shall file a statement, signed under penalty of perjury, setting out, as to each recipient identified in ECF No. 13 ¶¶ 4–6, the date and method of dispatch or personal delivery, any registered or certified mail article number, and the date and content of any return or receipt obtained.
3. The time for service under Rule 4(m) is EXTENDED through and including December 14, 2026. This extension is entered to preserve the status quo pending the statement required by paragraph 2 and is without prejudice to any party. The Court finds that Plaintiff has complied with the requirements placed upon him, and will determine, upon review of that statement, the cause of any delay in service and whether a further extension to a date certain is warranted.
4. The Clerk shall provide a copy of this Order to the United States Marshal for the Northern District of Florida.

**DONE AND ORDERED** on this ____ day of ______________, 2026.

________________________________
UNITED STATES DISTRICT JUDGE