**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**OSEI A. HARPER,**

**Plaintiff,**

**v.** **Case No. 4:26-cv-395-AW-MAF**

**UNITED STATES DEPARTMENT OF THE NAVY and HUNG CAO, in his official capacity as Acting Secretary of the Navy,**

**Defendants.**

_______________________________/

# ORDER OVERRULING OBJECTIONS AND DENYING MOTION TO SET ASIDE

This case was referred to the magistrate judge, who has conducted pretrial proceedings to this point. Plaintiff has challenged the magistrate judge's decision to deny his motion for an order directing the USMS to provide a sworn accounting, and for other relief. ECF No. 21 (challenging ECF No. 20).

When a party objects to a magistrate judge's order on a nondispositive matter like this one, the district judge "must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a); *see also* 28 U.S.C. § 636(b)(1)(A).

Plaintiff's objections (ECF No. 21) are OVERRULED because Plaintiff has not shown that any part of the magistrate judge's order was clearly erroneous or contrary to law.

The motion to set aside the magistrate judge's order (ECF No. 21) is DENIED. The magistrate judge will conduct appropriate further proceedings.

SO ORDERED on October 22, 2026.

s/ *Allen Winsor*
Chief United States District Judge