**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

OSEI A. HARPER,
Plaintiff,
v.
UNITED STATES DEPARTMENT OF THE NAVY, HUNG CAO, in his Official Capacity as Acting Secretary of the Navy,
Defendant.
/

Case No. 4:26-cv-00395-AW-MAF

**ORDER ON PLAINTIFF'S MOTION FOR CLARIFICATION, PROSPECTIVE RULE 4(m) PROTECTION, ENFORCEMENT OF COURT-DIRECTED SERVICE, AND DETERMINATION OF AVAILABLE RELIEF, AND REQUEST FOR EXPEDITED CONSIDERATION**

This matter is before the Court on Plaintiff's Motion for Clarification, Prospective Rule 4(m) Protection, Enforcement of Court-Directed Service, and Determination of Available Relief, and Request for Expedited Consideration. By Order of September 21, 2026, the Court directed the United States Marshals Service ("USMS") to serve the summons and amended complaint on Defendant within fourteen days under Rule 4(i) and to send copies to the United States Attorney for this District and the Attorney General. ECF No. 13 ¶¶ 4–6. Forty-five days or more have elapsed since that Order.



RCVD USDC FLND TL
NOV 5 '26 AM11:01

No return of service, executed or unexecuted, and no statement of the status of service has been filed. Plaintiff was granted leave to proceed in forma pauperis, ECF No. 6, has supplied the service copies required of him, ECF No. 10, and is entitled to rely on the USMS to effect service. Fed. R. Civ. P. 4(c)(3); 28 U.S.C. § 1915(d). Accordingly, it is

**ORDERED:**

1. Plaintiff's request for expedited consideration is GRANTED, and the Motion is GRANTED to the extent set out below.
2. The directive of September 21, 2026, ECF No. 13 ¶¶ 4–6, remains in full force. Nothing in the Court's Order of October 16, 2026, ECF No. 20, modified it.
3. Within seven (7) days of this Order, the United States Marshals Service shall file a statement, signed under penalty of perjury, setting out, as to each recipient identified in ECF No. 13 ¶¶ 4–6, the date and method of dispatch or personal delivery, any registered or certified mail article number, the date and content of any return or receipt obtained, any impediment to compliance with ECF No. 13, and the anticipated date on which service will be completed.

4. The USMS shall file an executed or unexecuted return of service as to each recipient promptly upon completion or attempted completion of service, and in any event within fourteen (14) days of this Order.

5. The Court finds that Plaintiff has complied with the requirements placed upon him and that, on the present record, any delay in service is attributable to the USMS and constitutes good cause under Rule 4(m). The time for service under Rule 4(m) is EXTENDED through and including December 14, 2026, effective immediately and, if this Order is entered after November 12, 2026, nunc pro tunc to that date, without prejudice to a further extension to a date certain, or to any further finding, upon review of the statement required by paragraph 3.

6. The Clerk shall provide a copy of this Order to the United States Marshal for the Northern District of Florida.

**DONE AND ORDERED** on this ____ day of ______________, 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE