**From:** ecf_help@ca11.uscourts.gov
**To:** FLNDdb_efile Appeals
**Subject:** Re-send: 26-14293-G In re: Osei Harper "Original Proceeding Docketed Mandamus Filed Pro Se" (4:26-cv-00395-AW-MAF)
**Date:** Friday, November 20, 2026 10:38:14 AM

---

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Eleventh Circuit**

**Amended 11/20/2026 10:37:44: Notice of Docket Activity**

The following transaction was entered on 11/20/2026 at 10:29:51 AM Eastern Standard Time and filed on 11/19/2026

**Case Name:** In re: Osei Harper
**Case Number:** 26-14293
**Document(s):** 1

**Docket Text:**
ORIGINAL PROCEEDING DOCKETED. Petition for WRIT of MANDAMUS filed by Petitioner Osei A. Harper. Fee Status: IFP Pending. See attached docketing notice for important information, including deadlines.

**Notice will be electronically mailed to:**

Clerk - Northern District of Florida, Clerk of Court

**Notice sent via US Mail to:**

Osei A. Harper
613 E. 9TH AVE
HAVANA, FL 32333

The following document(s) are associated with this transaction:
**Document Description:** Writ - Notice of Docketing_No Deficiency
**Original Filename:** /opt/ACECF/live/forms/MichelleDowdell_2614293_10887838_WRIT-NoticeofDocketing_NoDeficiency_476.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=11/19/2026] [FileNumber=10887838-1]
[88d6b3bfc12f578032a379971c37650583a3fefacdf968ecd4315c47d3db5f26960c54d568e3d9f61949d920dc5a30eb51554678a5e7dafebacabf768932abcd]]
**Recipients:**

- Clerk - Northern District of Florida, Clerk of Court
- Osei A. Harper

**Document Description:** Original Proceeding Docketed
**Original Filename:** 26-14293 Petition for writ of mandamus.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=11/19/2026] [FileNumber=10887838-0]
[62693c4fe50343280b61222a4322686dfd55ec72dcfc511327c11e31dab971bebd66e5671f6ecb8b46de72733fdb75144d1e59439687be313e556900c7e9c441]]

**Document Description:** Appendix
**Original Filename:** H:\26-14293 appendix.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=11/19/2026] [FileNumber=10887838-4]
[7cf7f75a97ddeeaf9b069e41a0c3f60a630e333f4ec771eb4bfacbc9523113a44bb920d609e0802e81333f0d6c259a4b167e44a5d7f395971867c27ca8c5f8bc]]